UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) HAOYANG YU,<br>  a/k/a JACK YU,<br>  a/k/a HARRY YU,<br>  a/k/a JACK TRICON, and<br><br>(2) TRICON MMIC, LLC,<br><br>Defendants | Criminal No. 19-cr-10195-WGY |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the indictment in this case. The indictment was returned on June 11, 2019, and placed under seal. In support of this unsealing request, the government states that there are no longer grounds for the matter to be sealed as the defendant is now in custody.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: _____
B. Stephanie Siegmann
George P. Varghese
Assistant U.S. Attorneys

Date: June 14, 2019