IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAOYANG YU, et al. | No. 19-cr-10195-WGY |

## NOTICE OF APPEARANCE

Undersigned counsel hereby appears on behalf of defendants, Haoyang Yu and Tricon MMIC, LLC.

          Respectfully submitted,

          */s/ Daniel N. Marx*
          DANIEL N. MARX, ESQ. (BBO # 674523)
          FICK & MARX LLP
          24 Federal Street, 4th Floor
          Boston, MA 02110
          (857) 321-8360
          DMARX@FICKMARX.COM

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 17, 2019.

          */s/ Daniel N. Marx*