IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

HAOYANG YU, *et al*.

No. 19-cr-10195-WGY

**APPENDIX A**
**COMPARABLE CASES OF ALLEGED TRADE SECRET THEFT**
**IN FEDERAL AND STATE COURTS IN MASSACHUSETTS**

The cases listed below are illustrative examples of federal and state civil cases in Massachusetts involving allegations that non-Chinese defendants stole (or attempted to steal) trade secrets, in many cases from their former employers. They are not a complete catalogue of such cases. Moreover, the defendants' names have been used as reliable indicators of race and ethnicity. While not a perfect methodology, "[n]ame analysis has been used by epidemiologists and other researchers as a method to identify the race of subjects whose race cannot be directly verified. Andrew C. Kim, "Prosecuting Chinese 'Spies': An Empirical Analysis of the Economic Espionage Act," 40 CARDOZO L. REV. 749, 781-82 nn.174-77 (2018) (collecting published, peer-reviewed examples including a 1997 study that found, when more than 1,000 persons were identified as "Chinese" based on name analysis, only 2% were misclassified).

Federal Cases

- *Viken Detection Corp. v. Paul E. Bradshaw and Videray Technologies, Inc.*,
  384 F. Supp. 3d 168 (D. Mass. 2019)

- *Bose Corp. v. Andre Goldstein*,
  No. 19-cv-11707-ADB, 2019 U.S. Dist. LEXIS 225320 (D. Mass. Oct. 23, 2019)

- *Phio Pharmaceuticals Corp. v. Anatasia Khvorova*,
  No. 18-cv-12181-DJC, 2019 U.S. Dist. LEXIS 94820 (D. Mass. June 6, 2019)

- *Allstate Insurance Co. v. James Fougere, Sarah Brody-Isbill, and A Better Insurance Agency, Inc.*,
  No. 16-cv-11652-JGD, 2019 U.S. Dist. LEXIS 168577 (D. Mass. Sept. 30, 2019)

- *Maine Pointe, LLC v. Michael T. Collins and MTC International Consulting*,
  No. 18-cv-12072-DJC, 2018 U.S. Dist. LEXIS 183277 (D. Mass. Oct. 25, 2018)

- *Ooyala, Inc. v. Raul Francisco Garcia Dominguez, Dario Perez Real, and Brightcove, Inc.*,
  No. 17-cv-10943-GAO, 2018 U.S. Dist. LEXIS 113962 (D. Mass. July 10, 2018)

- *Athenahealth, Inc. v. Lauren May*,
  272 F. Supp. 3d 281 (D. Mass. 2017)

- *Unum Group v. Timothy Loftus*,
  220 F. Supp. 3d 143 (D. Mass. 2016)

State Cases

- *Coretelligent, LLC v. John Murphy*,
  No. SUCV2019-1219-BLS1, 2019 Mass. Super. LEXIS 100 (May 3, 2019)

- *America's Test Kitchen, Inc. v. Christopher Kimball*,
  No. SUCV2016-03325-BLS2, 2019 Mass. Super. LEXIS 41 (Mar. 20, 2019)

- *Microsemi Corp. v. David Langois*,
  No. SUCV2017-1065BLS1, 2018 Mass. Super. LEXIS 65 (Mar. 5, 2018)

- *Frequency Therapeutics, Inc. v. Peter Weber and Decibel Therapeutics, Inc.*,
  No. SUCV2018-03471-BLS2, 2018 Mass. Super. LEXIS 553 (Nov. 29, 2018)

- *Hologic, Inc. v. DDIT, Inc. and Lawrence Ibbetson*,
  No. 1784-cv-02659-BLS1, 2018 Mass. Super. LEXIS 486 (Sept. 13, 2018)

- *Hyperactive, Inc. v. D. Douglas Young and AVFX, LLC*,
  No. 1884-cv-02097-BLS1, 2018 Mass. Super. LEXIS 225 (July 20, 2018)

- *Rentex, Inc. v. Thomas Franco and 4Wall Entertainment, Inc.*,
  No. 1884-cv-01946, 2018 Mass. Super. LEXIS 113 (July 16, 2018)

- *Agenus, Inc. v. Janis McCourt*,
  No. 1784-cv-00427-BLS2, 2018 Mass. Super. LEXIS 15 (Jan. 18, 2018)

- *Oxford Global Resources v. Jeremy Hernandez*,
  480 Mass. 462 (2018)

- *FTI, LLC v. Robert Duffy, Stephen Coulombe, Elliot Fuhr, and BRG*,
  No. 1684-cv-03176-BLS2, 2017 Mass. Super. LEXIS 93 (May 4, 2017)

- *Gillette Co. v. Craig Provost*,
  91 Mass. App. Ct. 133 (2017)

- *Crane & Co. v. Gregory Jordan and Ad Lucem Corp.*,
  No. SUCV2016-00560-BLS2, 2016 Mass. Super. LEXIS 316 (Sept. 1, 2016)

- *SolmeteX, LLC v. Al Dube and Enpress, LLC*,
  No. SUCV2014-01034-BLS2, 2016 Mass. Super. LEXIS 314 (Aug. 31, 2016)

- *SimpliVity Corp. v. Keith Moran*,
  No. 14-cv-2133, 2016 Mass. Super. LEXIS 297 (Aug. 14, 2016)

- *OpenRisk, LLC v. Marc Roston, Spectant Group, and MNR Capital, LLC*,
  No. 15-P-1282, 90 Mass. App. Ct. 1107 (2016)

\* \* \* \* \*