# EXHIBIT C



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



# Search Warrant Execution and Criminal Arrest of Haoyang YU

## Incident Overview

| Topic/Title | Search Warrant Execution and Criminal Arrest of Haoyang YU |
|---|---|
| ███████████ | ███████████ |
| ███████████ | ███████ |
| ███████████ | ███████████ |
| ███████████ | ██ - SEIZURE-ARREST |
| **Conveyance Type** | |
| Type | N - NO TRANSPORTATION INVOLVED |
| **Seizure Date** | 06/14/2019 10:00 |
| **Contributing Info Indicator** | Yes |
| **Contributing Info** | ██ - CBP - INSPECTION ENFORCEMENT TEAM |
| ███████████ | ███ |
| ███████████ | ███ |
| ███████████ | ███████ |
| **Occurence Date and Time** | 06/14/2019 10:00 |

## Arrest Details

| Arrest Date | 06/14/2019 10:00 |
|---|---|
| **Arrest?** | Yes |
| **Indictment?** | Yes |
| **Arrest Type** | C - CRIMINAL |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ███████████ | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XH-000311



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Arrest Location | |
|---|---|
| Location | N - NON-BORDER |
| Description | Residence of Haoyang YU |
| **Arrest Category** | |
| Category | O - OTHER |
| Other | Theft of Trade Secrets and Export violations |

## Seizure Details

| Seizing Agency | |
|---|---|
| Agency/Unit/Group | HSI - HSI Special Agent |
| **Seizing Participating Agency** | |
| Agency/Unit/Group | CSI - CBP, OFFICER |
| **Seizing Participating Agency** | |
| Agency/Unit/Group | DOC - DEPARTMENT OF COMMERCE |
| **Seizing Participating Agency** | |
| Agency/Unit/Group | FBI - FEDERAL BUREAU OF INVESTIGATION |
| **Seizing Participating Agency** | |
| Agency/Unit/Group | HSI - HSI Special Agent |

## Violator Information

| Violator Type | INDIVIDUAL |
|---|---|
| **Suspect Name** | |
| Last | YU |
| First | Haoyang |
| **Date of Birth** | ███████ |
| **Gender** | |
| Gender | M - MALE |
| **Race** | A - ASIAN |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ███████ | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000312



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Page 3 of 31

| Citizenship | |
|---|---|
| Country | USA - United States |

## Incident Address

| Address Type | |
|---|---|
| Type | H - HOME/RESIDENCE |
| **Address** | |
| Address | 8 Plainfield Street |
| City | Lexington |
| State | MA - MASSACHUSETTS |
| Postal Code | 02421 |
| Country | USA - United States |

## Arresting Agent

| Arresting Agency | |
|---|---|
| Agency/Unit/Group | HSI - Homeland Security Investigations |
| **Agent Name** | |
| Last | Andersen, Thomas |
| **Job Title** | SPECIAL AGENT |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | CSI - CBP, OFFICER |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | DOC - DEPARTMENT OF COMMERCE |
| **Air & Marine Participation** | No |

## Violation Statistics

| Violation | 18USC1832 - THEFT OF TRADE SECRETS |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000343



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Arrest Statistic | |
|---|---|
| Type | AR - ARREST |
| Counts | 12 |
| Date | June 14, 2019 |
| Status | Approved |
| **Indictment Statistic** | |
| Type | IN - INDICTMENT/INFORMATION |
| Counts | 12 |
| Date | June 11, 2019 |
| Status | Approved |

| Violation | 18USC554 - SMUGGLING GOODS FROM THE UNITED STATES |
|---|---|
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 3 |
| Date | June 14, 2019 |
| Status | Approved |
| **Indictment Statistic** | |
| Type | IN - INDICTMENT/INFORMATION |
| Counts | 3 |
| Date | June 11, 2019 |
| Status | Approved |

## Seizure Line Item Statistics

| Incident Line Item Number | 1 | |
|---|---|---|
| **Incident Sub-Line Item Number** | 0000 | |
| **Line Item Type** | | |
| Category | OTH - General MDS/Other | |
| Type | CEL - Mobile Comm Devices | |
| **Quantity** | 1 | |
| **Unit of Measure** | EA - UNITS | |
| **Domestic Estimated Value** | 500 | |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000314




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

Page 5 of 31

| Line Item Description | Apple iPhone 128gb YU |
|---|---|
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| Seizure Statistic | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 2 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| Line Item Type | |
| Category | OTH - General MDS/Other |
| Type | CEL - Mobile Comm Devices |
| Quantity | 1 |
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 200 |
| Line Item Description | Nokia phone from Room T |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| Seizure Statistic | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 3 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| Line Item Type | |
| Category | OTH - General MDS/Other |
| Type | CEL - Mobile Comm Devices |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Quantity | 1 |
|---|---|
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 200 |
| Line Item Description | Gold iPad from Room O |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| Seizure Statistic | |
|     Type | SZ - SEIZURE |
|     Date | June 14, 2019 |
|     Status | Approved |

| Incident Line Item Number | 4 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| Line Item Type | |
|     Category | OTH - General MDS/Other |
|     Type | CEL - Mobile Comm Devices |
| Quantity | 1 |
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 200 |
| Line Item Description | Samsung tablet from Room O |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| Seizure Statistic | |
|     Type | SZ - SEIZURE |
|     Date | June 14, 2019 |
|     Status | Approved |

| Incident Line Item Number | 5 |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000316



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Incident Sub-Line Item Number | 0000 |
|---|---|
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | CEL - Mobile Comm Devices |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 200 |
| **Line Item Description** | Gray iPhone from Room O |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 6 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | CEL - Mobile Comm Devices |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 200 |
| **Line Item Description** | Silver iPhone from Room O |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Seizure Statistic | |
|---|---|
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 7 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 150 |
| **Line Item Description** | Seagate External Drive from Room L |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 8 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1200 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

DOJ-XU-000318

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Line Item Description | HP Laptop from Room L - 5CD9122ZSH |
|---|---|
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 9 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1000 |
| **Line Item Description** | Small HP laptop from Room L |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 10 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | CEL - Mobile Comm Devices |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-YU-000310



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Quantity | 1 |
|---|---|
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 1200 |
| Line Item Description | HP Laptop from Room L - CND731BJ6L |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 11 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| Quantity | 2 |
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 50 |
| Line Item Description | USB Thumb Drive from Room L |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 12 |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000380



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
|     Category | OTH - General MDS/Other |
|     Type | EVD - Evidence |
| **Quantity** | 3 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 75 |
| **Line Item Description** | USB Thumb Drive from Room T |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
|     Type | SZ - SEIZURE |
|     Date | June 14, 2019 |
|     Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 13 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
|     Category | OTH - General MDS/Other |
|     Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 100 |
| **Line Item Description** | Hitachi HDD HD353TDC |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Seizure Statistic | |
|---|---|
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 14 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 500 |
| **Line Item Description** | Lenovo 320 Laptop from Room B |
| **Property Legal Status** | CA - Cancelled |
| **Property Physical Status** | CA - Cancelled |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |
| **Final Statistic** | |
| Type | CA - CANCELLED |
| Date | June 19, 2019 |
| Status | Approved |

| Incident Line Item Number | 15 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ▮▮▮▮ | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Page 13 of 31

| | |
|---|---|
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Naturalization certificate from Room T |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 16 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 2 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Identity documents from Room T |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 17 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000323



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | SS card of Yanzhi CHEN from Room T |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 18 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | SS Card of Haoyang YU from Room T |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000324



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Page 15 of 31

| Seizure Statistic | |
|---|---|
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 19 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 4 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Chinese ID documents of Haoyang YU |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 20 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

DOJ-XU-000325

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Page 16 of 31

| Line Item Description | US PPT of Haoyang YU from Room T |
|---|---|
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 21 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| Quantity | 3 |
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 1 |
| Line Item Description | Credit Cards from Room J |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 22 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000026



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **Quantity** | 2 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | CD-R with unknown data |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
|     Type | SZ - SEIZURE |
|     Date | June 14, 2019 |
|     Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 23 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
|     Category | OTH - General MDS/Other |
|     Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Miscellaneous personal documents from Room D |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
|     Type | SZ - SEIZURE |
|     Date | June 14, 2019 |
|     Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 24 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ▮▮▮▮▮ | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000027



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 2 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Credit cards from Room D |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 25 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 4 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Business cards from room T |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ████████ | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

DOJ-XU-000328

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Seizure Statistic | |
|---|---|
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 26 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Business cards of Haoyang YU |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 27 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 4 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000328



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **Line Item Description** | Miscellaneous business cards from Room T |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 28 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Notebook from Room B |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 29 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang Yu | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000330



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Page 21 of 31

| Quantity | 1 |
|---|---|
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 1 |
| Line Item Description | Miscellaneous business records from Room L |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| Seizure Statistic | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 30 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| Line Item Type | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| Quantity | 1 |
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 1 |
| Line Item Description | Black Binder |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| Seizure Statistic | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 31 |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang Yu | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000331



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Page 22 of 31

| Incident Sub-Line Item Number | 0000 |
|---|---|
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 3 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 1 |
| **Line Item Description** | Black case with Sim cards from Room T |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 32 |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 100 |
| **Line Item Description** | Miscellaneous Circuit Boards from Room I |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000332



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Seizure Statistic | |
|---|---|
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 33 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 3 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 200 |
| **Line Item Description** | MMIC Amplifiers from Room T |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 34 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 4 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 40000 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000333



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **Line Item Description** | MMIC Wafers from Room L |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 35 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 2 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 20 |
| **Line Item Description** | Empty Gel-Pack Containers from Room L |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 36 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ▓▓▓▓▓▓ | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-00034



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Page 25 of 31

| Quantity | 75 |
|---|---|
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 7500 |
| Line Item Description | TRICON MMIC amplifiers |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| Seizure Statistic | |
|    Type | SZ - SEIZURE |
|    Date | June 14, 2019 |
|    Status | Approved |

| Incident Line Item Number | 37 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| Line Item Type | |
|    Category | OTH - General MDS/Other |
|    Type | EVD - Evidence |
| Quantity | 4 |
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 1 |
| Line Item Description | Win Semiconductor shipping boxes from Room L |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| Seizure Statistic | |
|    Type | SZ - SEIZURE |
|    Date | June 14, 2019 |
|    Status | Approved |

| Incident Line Item Number | 38 |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang Yu | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

DOJ-XU-000335

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 3 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 4000 |
| **Line Item Description** | Unknown MMIC amplifiers |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| | |
|---|---|
| **Incident Line Item Number** | 39 |
| **Incident Sub-Line Item Number** | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| **Quantity** | 1 |
| **Unit of Measure** | EA - UNITS |
| **Domestic Estimated Value** | 500 |
| **Line Item Description** | Optic device from Room L |
| **Property Legal Status** | EV - Evidence - Single Status |
| **Property Physical Status** | HE - Held by Customs |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

DOJ-XH-000338

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Page 27 of 31

| Seizure Statistic | |
|---|---|
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 40 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| Line Item Type | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| Quantity | 1 |
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 50 |
| Line Item Description | Light |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| Seizure Statistic | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 41 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| Line Item Type | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| Quantity | 1 |
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 200 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

DOJ-XU-000337

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Page 28 of 31

| Line Item Description | Illuminator from Room L |
|---|---|
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

| Incident Line Item Number | 42 |
|---|---|
| Incident Sub-Line Item Number | 0000 |
| **Line Item Type** | |
| Category | OTH - General MDS/Other |
| Type | EVD - Evidence |
| Quantity | 1 |
| Unit of Measure | EA - UNITS |
| Domestic Estimated Value | 250 |
| Line Item Description | Humidity Chamber from Room L |
| Property Legal Status | EV - Evidence - Single Status |
| Property Physical Status | HE - Held by Customs |
| **Seizure Statistic** | |
| Type | SZ - SEIZURE |
| Date | June 14, 2019 |
| Status | Approved |

## Routing Information

| Supervisor | Michael McGonigle |
|---|---|
| Automatic Distribution Office | BO - Boston, MA |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000338




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Document Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| Groups Visible To | Restricted |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000238



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Page 30 of 31

## Narrative

On June 11, 2019, a Grand Jury in the District of Massachusetts issued a true bill indicting Haoyang YU and his company Tricon MMIC LLC of Lexington, Massachusetts for violations of 18 USC § 554 Smuggling Goods From the United States and 18 USC § 1832, Theft of Trade Secrets. On June 14, 2019, HSI Boston CPIC special agents and their investigative partners executed four criminal search warrants in Massachusetts, including the home Haoyang YU. Following the execution of these warrants, YU was interviewed and arrested for the aforementioned violations of United States law.

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ▮▮▮▮▮ | TRICON MMIC & Haoyang YU | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XH-000340



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## Metadata

| ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ |
|---|---|
| **Document Status** | Approved |
| **Opened** | 6/16/2019 |
| **Last Updated** | 6/28/2019 |
| **Author** | Thomas Andersen ▮▮▮▮▮▮▮ |
| **Owner(s)** | Thomas Andersen ▮▮▮▮▮▮▮ |
| **Supervisor** | MICHAEL MCGONIGLE ▮▮▮▮▮▮▮ |
| **Approved** | Stephen Valentine ▮▮▮▮▮▮▮ |

## Case Metadata

| Case Title | TRICON MMIC & Haoyang Yu |
|---|---|
| ▮▮▮▮▮ | ▮▮▮▮ |
| **Case Opened** | 3/22/2018 |
| **Case Last Updated** | 6/17/2019 |
| **Approved** | Michael McGonigle ▮▮▮▮▮▮▮ |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| ▮▮▮▮▮ | TRICON MMIC & Haoyang Yu | Not Specified | 6/17/2019 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DOJ-XU-000341