# EXHIBIT E

**To:** Dahlgard, Jodi[███@analog.com]
**From:** Lodhi, Tariq
**Sent:** Wed 7/19/2017 1:13:07 PM
**Importance:** Normal
**Subject:** FW: This is to confirm that everything that I moved this morning was personal
**MAIL_RECEIVED:** Wed 7/19/2017 1:13:10 PM

**From:** Lodhi, Tariq
**Sent:** Wednesday, July 19, 2017 11:09 AM
**To:** Yu, Haoyang <​███​analog.com>; Broughton, Bob <​███​@analog.com>
**Subject:** RE: This is to confirm that everything that I moved this morning was personal

I confirm the items in his car were personal i.e. heater, thesis, couple of Agilent course books, couple of personal books etc. Haoyang is fully aware of Analog rules relating to analog documents/files/data etc.

Regards

Tariq

**From:** Yu, Haoyang
**Sent:** Wednesday, July 19, 2017 10:40 AM
**To:** Lodhi, Tariq <​███​@analog.com>; Broughton, Bob <​███​@analog.com>
**Subject:** This is to confirm that everything that I moved this morning was personal
**Importance:** High

Hi Bob and Tariq,

I am writing this email to confirm some facts.

CONFIDENTIAL TREATMENT REQUESTED BY
ANALOG DEVICES, INC.

ADI-YU-00000447

- This morning around 9am, I moved some personal stuff from the office to my car.

- Tariq, Bob and Roxann happened to witness the move.

- Later around 10am, Bob, Tariq and I had a quick conversation about what I moved.

- Right after the talk, within 5 min, Tariq physically checked through everything single item that I put in my car and **confirmed that everything was indeed personal.**

I am send this email to document all the facts.

**Tariq, please reply to this email to confirm what I said was TRUE.**

Thanks,

Haoyang

CONFIDENTIAL TREATMENT REQUESTED BY
ANALOG DEVICES, INC.

ADI-YU-00000448