**Commodity Classification**
G1003421
Date of Completion:
January 22, 2018



UNITED STATES DEPARTMENT OF COMMERCE
BUREAU OF INDUSTRY AND SECURITY
WASHINGTON, D.C. 20230

---

THE FOLLOWING INFORMATION IS IN RESPONSE TO YOUR INQUIRY OF December 29, 2017 REQUESTING COMMODITY CLASSIFICATION(S) FOR:

| COMMODITY | ECCN | SUBPARAGRAPH |
|---|---|---|
| Wideband distributed power amplifier. DC-30 GHz with 0.5 Watt Power Amplifier | 3A001 | b2d |

COMMENTS FROM LICENSING OFFICER(S):

This commodity is classified as 3A001b.2.d and is controlled for NS1, RS1 and AT1 reasons unless being exported or re-exported for civil telecommunications applications under which circumstances it is controlled for NS2 and AT1 reasons. Refer to section 742 of the EAR for licensing requirements. An LVS and GBS licensing exception may be available for export of this commodity when exported or re-exported for civil telecommunications applications. Refer to section 740 of the EAR for requirements. In addition, be aware that items otherwise eligible for export without a license (license exception) may require a license if the exporter knows or is informed that these items will be used in the design, development, production, or use of nuclear, chemical, or biological weapons, or ballistic missiles.

BRIAN BAKER
DIVISION DIRECTOR

FOR INFORMATION CONCERNING
THIS CLASSIFICATION CONTACT
EDWARD CUSHEN
202-482-5956
BIS/EA/STC/EL

DOJ-YU-000005