# Exhibit 1

**Beck, Amanda (USAMA)**

**From:** ▮
**Sent:** Tuesday, December 19, 2017 5:13 PM
**To:** Benjamin Hickok
**Subject:** FW: Tricon MMIC

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Hi Ben

Per our telcon, see ▮'s e-mail below also, Triconmmiic's web site shows a relationship with the company below Quantum Microwave which Custom MMIC is familiar with that owner. They don't manufacture MMIC products so the brochure that is linked below which is 3A001.b.2 is not manufactured by Quantum Microwave so Triconmmic must be getting product from another source.

I talked with ▮ after our call and he indicated that ▮ will work with you.

Please let me know if you need anything else.

Take care


## Company Profile
Sector: Industrials
Industry: Electrical Equipment
Sub-Industry: Electrical Components
Quantum Microwave Components LLC was founded in 2016. The company's line of business includes the manufacturing of electrical equipment and supplies.

## Corporate Information
Address:
▮
United States
Phone: ▮
Fax: -



**From:** ▮
**Sent:** Tuesday, December 19, 2017 4:44 PM
**To:** ▮
**Cc:** ▮
**Subject:** Tricon MMIC

Hi ▮,

We have a new competitor on the scene which smells a bit fishy if you ask me. Its an apartment above a UPS store.

None of us here know this person or this company and there is 100% no way that they could come up with this product line in 6 months. Its not possible.

They are most likely reselling someone else's part and what makes me nervous is that at least one is a 3A001.b.2.d part.

http://www.triconmmic.com/home

http://corp.sec.state.ma.us/CorpWeb/CorpSearch/CorpSummary.aspx?FEIN=001264852

https://opencorporates.com/companies/us_ma/001264852

https://www.google.com/maps/@42.4243647,-71.18329,3a,75y,52.95h,75.96t/data=!3m6!1e1!3m4!1sT7QjJFf0towFgRJh8HJwCA!2e0!7i13312!8i6656?hl=en

https://drive.google.com/file/d/0B-aaveOV5BrPNzZQRndMVjViemc/view

We can talk more about this on Jan 4, but if you are so inclined to pass this information along to some authority before our meeting, please feel free to do so.

Best Regards,

