# Exhibit 2

UNCLASSIFIED//FOUO



# Defense Counterintelligence and Security Agency
## DSS-201801-664

SCR SERIAL:   DSS-201801-664

**(U) ATTENTION:** In this report, Defense Counterintelligence and Security Agency (DCSA) refers to specific cleared contractors in the interest of fully disclosing the details of the suspicious contact to the U.S. Intelligence Community. U.S. cleared companies referenced in this report have not agreed to the disclosure of their identity outside of U.S. government channels. Written products or briefings based on this report should not identify the U.S. cleared contractor without prior approval from DCSA and the companies themselves.

(U) Summary of Information:

a. (U//FOUO) ▓▓▓▓▓▓▓▓▓▓ (▓▓T), a cleared contractor (CC), reported suspicious activity by Jack TRICON (USPER) to the Defense Security Service (DSS) on January 23, 2018. TRICON could be using the CC's products pictures and datasheets to market for HIS own company.



2. (U) Details:

a. (U//FOUO) On January 22, 2018, the CC's Facility Security Officer (FSO) received notification of suspicious activity by Jack TRICON. TRICON, co-founder of TRICON MMIC (TM), LLC. (USORG), could be using the CC's products pictures and datasheets to market for HIS own company. TM's business is described on THEIR website as "integrated circuit design and service". Refer to the attachments for the suspicious activity details and NCIS analyst comments.

UNCLASSIFIED//FOUO

SCR Serial:   DSS-201801-664

b. (U//FOUO) Source Comment: The CC's FSO reported that this same situation came up last year and the CC wrote TRICON a letter to stop using their product pictures.

c. (U//FOUO) TRICON's contact information is 1337 Massachusetts Avenue, Arlington, MA 02476; www.triconmmic.com.

3. (U) Agent Comments:

███████████████████████████████████████████████

b. (U//FOUO) TRICON's marketing of this information from the CC is an attempt to divulge International Traffic in Arms Regulations (ITAR) export-controlled information for use by foreign entities.

4. (U) Analyst Comments:

a. (U//FOUO) An open source search on LEXIS/NEXIS revealed that TM, Tax Identification Number (TIN): 00-1264852, is incorporated in Arlington, Massachusetts since March 2017 and only has Yanzhi CHEN (USPER) listed as an officer. TM's address is identified as belonging to the UPS Store - #5512 in Arlington, MA. Reverse domain query tools revealed that TM's domain is registered to WHOISGUARD PROTECTED from Panama City, Panama since January 2017. THEIR website also states a partnership with QUANTUM MICROWAVE COMPONENTS (QMC), LLC. (USORG).

b. (U//FOUO) An open source search on LEXIS/NEXIS revealed that QMC, TIN: 00-1238892, is incorporated in Hingham, MA since September 2016 and only has Andrew B. CORBIN (USPER) listed as an officer. QMC's address is ███████████████████████ and appears to be a residence. QMC's phone number is ███████████.

c. (U//FOUO) An open source search on LEXIS/NEXIS revealed that CHEN's current address is ███████████████████████████████ and SHE is also known as Chen YANZI and Yanzi YU. HER SSN is █████████ and could be linked to multiple people. HER DOB is ███████████ and HER husband's name is Haoyang YU (USPER).

d. (U//FOUO) An open source search on LEXIS/NEXIS revealed that Haoyang YU, also known as Haiying YU, Yu HAOYANG and maybe Jack TRICON, has an SSN of ██████████ and DOB: ███████████. YU is a former TriQuint employee as of November 2012; however, HIS current employer is listed as Keysight Technologies in Boston, MA. YU lists HIS education as earning a Bachelor's degree in Engineering Physics from TSINGHUA UNIVERSITY (TU) in 2000 and a Master's degree in Electrical Engineering from

UNCLASSIFIED//FOUO

2

UNCLASSIFIED//FOUO

SCR Serial:    DSS-201801-664

University of Amherst in 2003.

e. (U//FOUO) An Open source search for Jack TRICON revealed only a LINKEDIN profile with several posts and pictures associated with TM's label.

UNCLASSIFIED//FOUO

3

UNCLASSIFIED//FOUO

SCR Serial:   DSS-201801-664

## Administrative Information for SCR SERIAL DSS-201801-664

| | |
|---|---|
| Classification Level | UNCLASSIFIED//FOUO |
| Derived From | Multiple Sources |
| USPI Collection Category | Category 3: Foreign Intelligence |
| USPI Details | 3.a. Person reasonably believed to be an officer or employee of, or otherwise acting on behalf of, a foreign power. |
| USPI Reviewed By | ▮ |
| USPI Reviewed Date | July 1, 2020 |
| Date of Entry | January 30, 2018 |
| DCSA Region | South |
| Facility Address | Null, Richardson, TX 75080 |
| CAGE Code | 1CVM1 |
| Prepared By | ▮ |
| Prepared By | ▮ |
| Date of Incident | January 22, 2018 |
| Originating Country | United States |
| Associated Country | China |
| Export Control | ITAR |
| Write IIR? | Indefinite Hold |
| Reconsideration Comments | ▮ |
| Local Level Referral | AFOSI, FBI, NCIS |