# Exhibit A

**License Determination**
**E1064551**
**Date of Completion:**
**July 02, 2020**



**UNITED STATES DEPARTMENT OF COMMERCE**
**BUREAU OF INDUSTRY AND SECURITY**
**WASHINGTON, D.C. 20230**

**Witness(es):**  Technical: Brian A. Baker ███████████

**Commodity Description:** Wideband distributed power amplifier. DC-30 GHz with 0.5 Watt Power Amplifier (See linked Commodity Classification)
**Manufacturer:** Tricon MMIC
**Requested Start/End Dates:** April 01, 2017 - October 01, 2018
**Intermediate Countries:**
**Destination Country:** Taiwan

### Determination Details
**Start Date:** April 01, 2017 **End Date:** October 01, 2018
**BIS License Required:**  No

**ECCN:** EAR99
**Reason(s) for Control:** N/A,N/A
**Policy Text:**
In the timeframe specified this commodity was classified as EAR99 and was eligible for export to most end users as NLR (No License Required), however, there are certain countries and end users for which a license was required, see part 736 and part 744 supplement 4 (entity list) for additional guidance. In addition, be aware that items otherwise eligible for export without a license may require a license if the Exporter knows or is informed that this item will be used in the design, development, production or use of nuclear, chemical, or biological weapons, or ballistic missiles.

**License Determination**
**E1064551**
**Date of Completion:**
**July 02, 2020**



**UNITED STATES DEPARTMENT OF COMMERCE**
**BUREAU OF INDUSTRY AND SECURITY**
**WASHINGTON, D.C. 20230**

Brian Baker, Division Director
BIS/EA/STC/EL



This is an official U.S. Dept of Commerce document. BIS will provide Licensing Officer witnesses to testify regarding this License Determination as needed.