IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAOYANG YU | No. 19-cr-10195-WGY |

**ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant, Haoyang Yu, with the assent of the government and U.S. Probation, respectfully moves to modify his conditions of release to add New York state to the New England states where he is permitted to travel overnight with advance approval of Probation. As grounds for this motion, Mr. Yu's son is scheduled to participate in a youth hockey tournament in New York state.

Respectfully submitted,

HAOYANG YU
by his attorney,

   */s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 28, 2022.

   */s/ William Fick*