UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                           )<br>)<br>HAOYANG YU,                            )<br>)<br>Defendant.                              ) | Crim. No. 19-cr-10195-WGY |

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE**
**FILING DEADLINES AND HEARING DATE**

Counsel for the United States moves to continue upcoming filing deadlines and the hearing scheduled for January 25, 2022. The government recently produced to the defense law enforcement communications and other materials related to the defendant's motion to dismiss for alleged selective enforcement. In response, the Court ordered the defense to file its final brief regarding selective enforcement on or before January 6, 2022. It also ordered the defense to file its loss calculations brief on the same day. The Court scheduled a hearing for these issues on January 25, 2022.

The government recently located a few additional law enforcement reports that arguably relate to the issue of selective enforcement. The government expects to produce those materials to the defense next week. The government does not believe that these reports alter the landscape of the issue, because they were written well after the citizen referrals that prompted law enforcement investigation of this case. However, in order to allow the defense sufficient time to review these materials and, as necessary, address them in their upcoming selective enforcement brief, the government asks that the defense's January 6th filing deadline be extended by two weeks until January 20, 2022, and that the government be allowed until February 3, 2022, to respond to the defense brief. The defense has requested that, for the sake of efficiency, the deadlines for the

briefs on loss be adjusted in the same manner. Accordingly, the government also asks that the January 25th hearing be continued until February 10, 2022, or to another date and time convenient to the Court. These scheduling modifications will enable the government to make a complete production of responsive documents, allow the defense to make appropriate use of those documents, allow both parties to respond – on the same schedule – to the issue of loss, and give the Court enough time to review the parties' respective briefs prior to any hearing.

Counsel for the defense assents to the scheduling modifications proposed in this motion.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:    */s/ Amanda Beck*
Amanda Beck
Jason A. Casey
Assistant United States Attorneys