Exhibit A

| Part | Upper Frequency (GHz) | Power P1dB (dBm) | Note/datasheet |
|---|---|---|---|
| legacy HMC1022 | 48 | 22 | Ex. 701 |
| K8606 prototype of HMC 1022A | 40 | 25 | Ex. 704 |
| final released HMC1022A | 48 | 25 | Ex. 4 |
| TM5051 | 52 | 21 | Ex. 380 |
| TM5052 | 52 | 20 | Ex. 380 |
| Miller MMIC MMW509 | 55 | 21 | https://www.millermmic.com/pdf/mmic_amplifier/MMW509.pdf |
| Qorvo QPA0009D | 55 | 15 | https://www.qorvo.com/products/p/QPA0009D#parameters |
| Microwave Technology MMA-005022B | 50 | 22 | https://www.mwtinc.com/wp-content/uploads/2017/01/MMA-005022B.pdf |
| M/A-COM MAAM-011109 | 50 | 21 | https://cdn.macom.com/datasheets/MAAM-011109-DIE.pdf |
| OMMIC CGY2141UH | 46 | 21 | https://www.ommic.com/product_wa/?ref=CGY2141UH%2FC1 |
| Microsemi MMA032AA | 45 | 18 | https://www.microsemi.com/document-portal/doc_view/134445-mma032aa-datasheet |
| Avago AMMC-5024 | 40 | 22.5 | Ex. 514 |