Exhibit C

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____03/10/2022_____

1. On 14DEC21, Reporting Agent (RA); AUSAs Amanda BECK and John CAPIN USAO-Boston; conducted a telephonic meeting with Glen WASYLEWSKI, President and CEO, Ciao Wireless (CIAO). CIAO is a manufacturer of solid state low noise amplifiers. CIAO's customers are Prime and Subprime defense contractors as well as commercial entities. Their products are typically used in a ground based communication systems and for testing purposes.

2. WASYLEWSKI has an engineering background and has been in this industry for twenty years. To ensure CIAO's supply chain is durable, WASYLEWSKI is constantly looking into the marketplace for new and multiple suppliers to build a library of MMICs his company can use to stay in business. WASYLEWSKI stated, because of these concerns, this is done across his entire industry.

3. WASYLEWSKI indicated CIAO's main supplier is Analog Devices Incorporated (ADI). WASYLEWSKI is loyal to ADI because with them you know you are going to get a good part that will be reliable and durable. CIAO cannot afford to have parts that fail and with ADI it's known that they have an entire team to ensure ADI's products are reliable.

4. WASYLEWSKI stated ADI, Macome and Qorvo are the stalwarts of the MMIC industry. They all share about the same reputation and quality of products within this space. WASYLEWSKI also noted it's a small group of people who work in this technical field and they all tend to move around a lot within these companies.

5. For their own internal business reasons, ADI will sometimes decide to no longer make a product that continues to be needed by CIAO. Therefore WASYLEWSKI must continue to travel and research new products from other suppliers to ensure CIAO has multiple sources so they can make their products.

6. It was in this backdrop that led WASYLEWSKI to look into potentially doing business with TRICON. WASYLEWSKI noted TRICON was advertising they had replacements to parts ADI no longer made. WASYLEWSKI believed TRICON

UNCLASSIFIED//FOUO

---

Investigation on __12/14/2021__ at Chelsea, Massachusetts, United States (Phone)

File # ████████████████████                                    Date drafted __02/03/2022__

by HARRAH CRAIG A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

YU-005509

UNCLASSIFIED//FOUO

(U) 14DEC21 telephonic Interview of Glen
Continuation of FD-302 of  Wasylewski, CIAO wireless                                    , On  12/14/2021  , Page  2 of 2

appeared to be an attractive alternative to ADI.  However, at the time of
CIAO's testing, buying TRICON products were of no advantage because they did
not perform as well as ADI.

7. WASYLEWSKI does not remember specifically meeting Haoyang YU, or anyone
from TRICON, but WASYLEWSKI believes it was likely at a conference or trade
show, perhaps at Boston or Philadelphia. From this meeting, WASYLEWSKI
agreed to test some of TRICON's products to see if TRICON could potentially
be a supplier for CIAO.

8. WASYLEWSKI stated it is common practice to use data sheets to compare
products.  WASYLEWSKI reported these data sheets are what you craft your
product's performance towards.  Furthermore it is typical to portray
products that perform similarly; such as our X performs like someone else's
Y.   But it is not normal or acceptable to copy someone else's product.

9. WASYLEWSKI will be gone during the holiday break, but upon his return he
will be checking his business records for further information regarding this
matter.