UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>HAOYANG YU, )<br>)<br>Defendant. ) | Crim. No. 19-cr-10195-WGY |

**GOVERNMENT'S ASSENTED-TO MOTION TO**
**CONTINUE FILING DEADLINE**

Counsel for the United States moves to continue the filing deadline for its response to the defense's brief on selective enforcement. The government's brief is currently due on April 6, 2023. *See* Dkt. No. 351. The government moves to continue that date to April 12, 2023. This modification will enable the government to compose a full response to information and argument presented in the defense's filing, which is due on April 3, 2023. However, it would not require rescheduling the selective enforcement oral argument, which the court has already set for April 24, 2023. Counsel for the defense assents to the proposed filing deadline adjustment.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   */s/ Amanda Beck*
      Amanda Beck
      Jason A. Casey
      Assistant United States Attorneys