IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> HAOYANG YU | No. 19-cr-10195-WGY |

**ASSENTED-TO MOTION TO EXTEND FILING DEADLINES BY TWO DAYS FOR PARTIES' MEMORANDA REGARDING SELECTIVE ENFORCEMENT**

Defendant, Haoyang Yu, with the assent of the government, respectively moves to modify the filing deadlines for the parties' respective Supplemental Memoranda Regarding Selective Enforcement. Specifically, Mr. Yu requests that his deadline be extended from April 3 to April 5, 2023, and that the government's response deadline be extended from April 12 to April 14, 2023. Mr. Yu submits this request to accommodate the schedules of counsel in light of their other obligations. The proposed revised deadlines would still afford ample time before the scheduled hearing on April 24, 2023.

Respectfully submitted,

**HAOYANG YU**

by his attorneys,

/s/ William W. Fick
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*wfick@fickmarx.com*
*dmarx@fickmarx.com*
*abarsky@fickmarx.com*

1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 31, 2023.

                                        */s/ William W. Fick*