# Exhibit A

**Defense Corrections and Annotations to Prosecution Chart of Sentences under 18 U.S.C. § 1832**

| Defendant | Docket No. | Trade Secret | Disp | Custody | Fine | Loss | Notes |
|---|---|---|---|---|---|---|---|
| German, Craig | SDGA, 19-00069 | Aircraft | Plea | 70 months | $2,000 | $25M-$65M | |
| Isler, Josh | NDIA, 18-02032 | Ethanol | Plea | 42 months | $5,000 | Govt: >$1.5M Court: can't calculate | + false statement conviction; Upward departure for incalculable loss and unscored criminal history |
| Zhou, Yu | SDOH, 19-00163 | Exosome | Plea | 33 months | $10,000 | >$1.5M | + multiple wire fraud convictions **Econ espionage benefit to PRC** |
| Chen, Li | SDOH, 19-00163 | Exosome | Plea | 30 months | 0 | >$1.5M | + multiple wire fraud convictions **Econ espionage benefit to PRC** |
| Delia, Jean | NDNY, 18-00338 | Turbine | Plea | 24 months | 0 | $1.4M | |
| ~~Smith, Timothy~~ | ~~NDFL, 19-00032~~ | ~~Fishing~~ | ~~Jury~~ | ~~18 months~~ | ~~0~~ | ~~?~~ | Trade Secret conviction vacated[1] |
| Jordanov, Raco | NDCA, 21-00227 | Biotech | Plea | 12 months + 1 day; plus 9 months HC | $5,000 | >$9.5M | + conspiracy included wire fraud; Benefit to company in **Taiwan/PRC** |
| Lin, Rose | NDCA, 21-00227 | Biotech | Plea | 12 months + 1 day | $5,000 | >$9.5M | + conspiracy included wire fraud; Benefit to company in **Taiwan/PRC** |
| Sing, Derek | CDCA, 14-00212 | Anti-icing | Bench | 12 months + 1 day | 0 | >$1M | |
| Jasper, Kathleen | NDFL, 20-00076 | Teaching exams | Plea | 10 months; plus 6 months home conf | 0 | >$645k | |
| Kim, Peter | NDCA, 21-00438 | Semiconductors | Plea | 8 months | $5,000 | >$250k | Benefit to company in **PRC** |
| Lam, Xanthe | NDCA, 18-00527 | Biotech | Plea | 6 months | $10,000 | >$250k | + multiple non trade secret convictions Benefit to company in **Taiwan/PRC** |
| Lam, Allen | NDCA, 18-00527 | Biotech | Plea | 6 months | $10,000 | >$250k | + multiple non trade secret convictions Benefit to company in **Taiwan/PRC** |
| Jasper, Jeremy | NDFL, 20-00076 | Teaching exams | Plea | 4 months; plus 6 months home conf | 0 | >$645k | |
| Xue, Gongda | EDPA, 18-00122 | Anti-cancer | Jury | Time served (~10 months[2]) | 0 | 0 | + multiple wire fraud convictions |
| Sernas, Miguel | NDNY, 18-00038 | Turbine | Plea | Time served (~14 months) | 0 | $1.4M | |
| Sui, Yang | NDNY, 20-00109 | Semiconductors | Plea | 0 (1 year probation) | $5,000 | >$500k | Benefit to personal startup business |
| Campbell, Bradley | EDWA, 21-00087 | Billet casting | Plea | 0 (4 years probation) | $2,000 | $40k-$90k | |

---

[1] *See United States v. Smith*, 22 F.4th 1236 (11th Cir. 2022) (vacating trade secret conviction and remanding for resentencing on surviving extortion count).
[2] *See United States v. Xue*, No. 18-cr-00122 (E.D.P.A), D.E. 76 (ordering defendant's pretrial release on August 20, 2020); D.E. 197 at 9 ("Mr. Xue was incarcerated in this case pretrial for approximately ten months").