IN  THE  UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  MASSACHUSETTS

UNITED STATES OF AMERICA

v.

HAOYANG YU

No. 19-cr-10195-WGY

## SENTENCING MEMORANDUM EXHIBIT B: LETTERS OF SUPPORT

Table of Contents

B01   Yanzhi Chen (wife)
B03   A. Yu (son)
B04   D. Yu (son)
B05   Helen Yang (friend)
B07   Joe Dolci (friend)
B08   Brian Losier (friend)
B09   Jeff Caravella (friend)
B10   Lei Zheng (friend)
B11   Sandra Zhang (friend and former colleague)
B12   Ran Li (friend and former colleague)
B13   Chris Hart (former colleague)
B14   Andy Howard (former colleague)
B15   Michael Cardullo (friend and former colleague)
B16   Charles Wang (friend)
B17   Houze Xu (friend)
B19   Paul Duncan (friend)

April 6, 2023

Dear Judge Young,

My name is Yanzhi (Angie) Chen, and I have been married to Haoyang for 20 years. I am writing to plead for your mercy.

My husband is a good father, and our family couldn't live without him around. Haoyang grew up in an almost single-parent household; his father was away most of the time for work. Because of this experience, Haoyang makes it a priority to spend time with our boys. He gave a lot of patience to our two boys and took them to play various sports since they were little. Because they like ice hockey, he learned the sport himself in his 30s, and studied the details of each movement with the boys, so that he could talk with them at the same level. Our older boy A███ is also a good runner. Haoyang often works with him to study how to optimize his moves to get onto the next level. A███ won the MA D1 championship[1] in the 400M Dash last June. This year, he is the captain of Lexington middle school field and track team. Our younger boy D███ is 12 years old and still relatively immature. When he's childish and fussy, neither his brother nor I can calm him down. Only Dad can do so.

Haoyang has suffered the legal case for almost 4 years now and he became jobless last May. Instead of giving up on himself, he started to study the bible, go to church, and volunteer in the Lexington community. He also devoted his time and engineering skills to helping people. Recently he invented KRKIT https://www.krkit.us/about ,an ice hockey training device. The idea started when my older son took a hard hit from behind in a hockey game. He ducked his head instinctively and therefore got injured. KRKIT helped our sons, and my husband brought it to our local hockey community to help more kids. To use the electrical device in hockey training is a new thing. My husband spent years watching kids playing hockey while he was thinking, testing and inventing. I hope that when the case is behind us, he will have an opportunity to restart his career in this new field and hopefully will bring jobs to our community.

Honoring parents, and respecting the elderly are human's virtues. Confucius said that when one's parents are still alive, one does not travel afar. Haoyang chose to live in the U.S. far away from his hometown for his American dream. We originally planned to go back to China every year to visit our elderly parents, which is the least we could do. This case changed everything. His father experienced a stroke a few months after his arrest in 2019. And his mother had colon cancer in Oct. 2021. As the only child in his family, my husband was unable to visit his aging parents for more than 4 years, especially during their hard situations. He feels deeply sorry that he couldn't take care of his parents.

The world has changed a lot since 2019, COVID, trade wars, regional wars, and the economic downturn. Many people suffered. Thanks to our big community, our family still stays together, free of war or hunger. Because of the case, we had the opportunity to meet so many wise people in the legal system. It opens up a new world for us. Our local community, as well as

---

[1] https://www.athletic.net/TrackAndField/meet/475768/results/m/1/400m

Tsinghua Alumni Association in North America[2], stayed really close with us during our legal suffering. Following our legal dispute, our local community shared the same appreciation of the procedure's transparency as us.  We are grateful for the many support from the community, and my husband has the desire to continue to serve the community for a long time. Our experience also made my kids fall in love with history and law.

I humbly ask you to keep my husband with us. My family and his parents need him. He is such a caring father, husband and community contributor.

Respectfully,

Yanzhi (Angie) Chen

---

[2] Tsinghua university is where Haoyang graduated from. Tsinghua Alumni Association and various organizations wrote to the U.S. attorney's office in Boston recommending that the sole remaining charge be dropped.

Dear Judge Young,

My name is A Yu and Haoyang Yu is my father. I am 14 years old, and in 8th grade.  In 2019, on the last day of 4th grade, our family's annual China family reunion was canceled after my father's arrest. One night, after my father came out on bail, we were on the soccer field. Between kicks of the ball he explained his case so well and so clearly to me, but still kept a hopeful and lighthearted tone. Never once did he fail to keep me aware of our situation, never once did he ever speak pessimistically. This has sparked in me an interest in law and writing, and I feel that because of my father I have grown more from these experiences than they have discouraged me.

Haoyang Yu is a very selfless father. It was the day after Christmas when he clearly demonstrated this. My friends and I were playing pond hockey on what the locals called the "res".  Half an hour in I heard a crash--like a cannon--and the thrashing of bodies in water. In shock nothing could be heard afterwards but desperate gasps of breath. If it had not been for my father sprinting over atop the ice, the victim may have drowned. No one seemed to want to do anything about it, not even the adults near the accident. When I saw my father I thought--as if I could telepathically talk to him-- *t's not me in the water, don't come; it's dangerous.* Nevertheless, after rallying the motionless adults for help, he pulled the boy out from the thin ice with a dog leash. Sometimes I feel guilty for my selfishness that day. My father risked his life to save another, and all I could think about was not losing him. However, it tested and showed me how deep my love for him went.

Last month, when I was speaking to my school's track and field coach, he congratulated my father after hearing from the Lexington Police department of his heroic actions. Hearing praise for my father from a coach I admired greatly reaffirmed my love for my father. In spring I run track, and my coach has been one of my most important mentors in that sport. In June, with my coach, there will be my division 1 track and field championship race. I hope that I can come down the homestretch, as I did last year, amid a crowd cheering. *A crowd with my father in it who has guided me along all the many paths our family has been through.*

Sincerely,

A Yu

B03

Dear Judge Young,

In June 2019 my home was torn apart by law enforcement in search of evidence. They proceeded to send my father into the middle of nowhere. 5 days later, when he returned, he had "lost" his beautiful top-of-the-line Iphone 7. Law enforcement had taken it in search of evidence. Their search of my home led to the disappearance of my family laptop. My family's passports were snatched. I was 8 years old.

Dad once told me that "humans will all be the same color in a million years." I am now 11 years old, and for almost 4 years my father has taught me a million skills despite a billion racial injustices.

When somebody powerful falsely blurts out of nowhere, "You're a spy!"things can go very wrong very fast. Such was the case in the summer of 2019.

At 8 years of age and 4 foot 3 I had no idea what was happening on court at the time. But at home, I could observe that things were tense. From the expressions and moods of my mom and dad I could tell what was happening.

My daddy is built different. His existence provided my family with times that wouldn't happen with such tense times. During the summer of 2019 I would march up to Adams School every night as part of my family. We would go to the Concord boathouse and go boating for the day. My father had his old, wise friend come visit my home. During that visit, nobody spoke anything about a court case.

As I write, the calamine lotion that my dad rushed to the pharmacist's store late at night to buy is soothing my hives covered body. The sentencing hearing of my caring father, Haoyang Yu starts on December 13th.

I would love for my family to march up to Adams as an entire entity, with everyone on board. For my daddy to still sit by my side and show me how simple most problems are, to solve.

It would be nice if I could keep my dad right here, in my home.

Love,

D█ Yu, 11

April 3, 2023

Judge William G. Young
United States District Court, Boston, MA

Dear Judge Young,

My name is Helen Yang. I am a Lexington resident and community leader, currently serving as the Vice President of the Chinese Americans of Lexington (CALex) and Vice President of the Asian Americans for Equal Rights (AAER).

During the month-long trial in May 2022 for U.S. v. Haoyang Yu, I was impressed by how you presided over the trial. I especially appreciated you emphasizing to the jury that the defendant was innocent until proven guilty, and Mr. Yu was indeed found innocent on 20 out of 21 charges.

I am writing to share a few stories about Mr. Yu as I know him, and ask for your leniency.

On January 27th, 2023, I was invited as the community representative to witness the Lexington Police Department presenting a Certificate of Recognition to Haoyang Yu for his heroic act to save a 14-year-old boy who fell through the ice ([story](https://lexobserver.org/2023/01/27/lexington-police-department-awards-haoyang-yu-certificate-of-recognition-for-heroism-at-old-reservoir/))[1]. It was only the third time in the history of the Lexington Police Department to issue such an award. We also had a mini-reception after (see photo on page 2).

While impressed by his quick thinking and decisive action, I wasn't surprised at all. Haoyang has always been helpful and it is his second nature to act when there are people in danger.

After the trial in May 2022, Mr. Yu expressed his wish to support our events to reciprocate the support from the community. I took him up on his offer and he took his promise seriously.

On June 26th, 2022, he joined us in the vigil in Boston Chinatown to remember Vincent Chin, a Chinese American who was brutally murdered in 1982 in Detroit amid anti-Asian sentiment. On November 5th, 2022, he joined me in the Boston Veterans Parade, parading with our friends from the Chinese American Heritage Foundation (see photo on page 2).

Haoyang is considerate, appreciative and supportive. He appreciated the work of you as a judge and that of the jury, the transparency of the system, and the opportunity of being heard. He also appreciated the prosecutors dropping the charges against his wife Angie.

Mr. Yu is a valuable community member, a caring friend, a loving father and family man. I respectfully ask for your compassion for Mr. Yu, his wife Angie, and their two boys A███, 14, and D██k, 12.

Sincerely yours,
Helen Yang
████████@gmail.com | ████████████

---

[1]
https://lexobserver.org/2023/01/27/lexington-police-department-awards-haoyang-yu-certificate-of-recognition-for-heroism-at-old-reservoir/

B05



The Lexington Police Department held a mini-reception for Haoyang Yu, media and community representative on January 27, 2023, after presenting the Certificate of Recognition to Haoyang Yu for his heroic act saving a 14-year-old boy who fell through ice.



Haoyang Yu and community leaders from the Chinese American Heritage Foundation and the Asian Americans for Equal Rights paraded in the Boston Veterans Parade on November 5th, 2022, to honor Chinese Americans veterans and all veterans.

Dear Judge Young,

My name is Joe Dolci, I am currently the Lexington Bedford Youth Hockey Co President and I am also a hockey coach. I have coached Haoyang Yu's two sons, D███ and A███, in the past and present since 2017. I grew up in the town of Lexington and still reside here with my wife and 2 kids. My kids are the same ages as D███ and A███. Both kids are a complete pleasure to coach.

Some background about myself. I grew up in Lexington. I am the Service Director of Nucar Lannan Chevrolet of Lowell. I played 4 years of college hockey and went on to play 2 years of pro hockey in Idaho and Tennessee. I have been involved with club and town hockey for the past 14 years. In 2021 I was voted in as Co President of Lexington Bedford youth hockey. D███ and A███ have participated in Lexington youth hockey for many years.

I am writing this letter in support of Haoyang Yu, a member of our community who has made significant contributions as a dedicated parent, a passionate engineer, and a committed volunteer. I have known Haoyang for several years in his capacity as a parent on my hockey team, and I can attest to his unwavering support for his sons' athletic pursuits, as well as his involvement in other community initiatives.

Haoyang has been an active member of the Lexington community since he moved here about a decade ago. He has volunteered his time and resources to various causes, including school activities, food pantries, and town events. He has also been a consistent supporter of the local youth sports teams. He was a soccer coach and assistant lacrosse coach before his legal case happened.

Haoyang's commitment to his son's hockey team has been nothing short of exceptional. As a hockey coach myself, I know how much time and energy it takes to be a positive influence on young players. Haoyang has always been there for his sons, both on and off the ice, and has provided unwavering support to his team.

I was impressed to hear of Haoyang's quick thinking and bravery in saving a skater's life during an incident at the old reservoir. It is a testament to his quick thinking and his selflessness that he was able to act quickly and decisively in a moment of crisis. It is this kind of character and integrity that make Haoyang an exceptional member of our community, and I believe that he would continue to make positive contributions if given the opportunity.

I understand that Haoyang is currently facing a difficult situation, and I hope that this letter will be taken into consideration as part of his ongoing legal proceedings. I strongly believe that his continued involvement in his sons' life and community will be invaluable for his sons' growth and well-being, and I urge you to consider his contributions and his character when making any decisions.


Sincerely,


Joe Dolci

Brian Losier                                                                                        April 16, 2023
██████████████
Lexington, MA 02402

Judge William G. Young
United States District Court
Boston, MA

Dear Judge Young,

I am writing this letter in support of Haoyang Yu in reference to his current legal matter.  I have known Haoyang and the Yu family for several years in connection with numerous activities within the Lexington community.  Over the last few years, I have had the privilege of coaching D███ in our Lexington-Bedford Youth Hockey program (LBYH).  It has been during this time that I have spent the most time with Haoyang and D███ and have really enjoyed getting to know both of them very well.

I don't pretend to know every fact and circumstance of the case, but I wanted to take some time to write this letter in support of Haoyang and his family, as I many others in our community have.  I know Haoyang to be a VERY committed, supportive, and loving father to D███ and A███.  Haoyang is an absolute fixture at all LBYH activities, be it practices, games or tournaments.  My own kids play just about every sport possible, so I can say with confidence that there's not another youth sport that requires more time, commitment, and support (both emotional and financial) than hockey.  Given the extreme amount of travel involved with the many games and tournaments and the fact that most players have other siblings also playing hockey, most parents work together to carpool wherever possible.  However, Haoyang always finds a way to bring his boys himself.  I believe that he knows how much his presence and support means to his boys and so just figures out a way to manage it all and be ever-present.  He has been their rock and I can't imagine D███ and A███ being without him for any length of time, especially with the larger challenges of high school on the horizon.  While I know the local hockey community will rally around the boys to try and help in any way possible, there is simply no replacement for Haoyang for those boys.

Haoyang has been an upstanding and highly regarded member of the Lexington community in the years that I have known him.  Although he can appear quiet and reserved, he is extremely friendly and can always be seen with a warm smile and some encouraging words of wisdom.  His willingness to help others was recently displayed when he rescued a teenager who had fallen through some thin ice while skating on the Lexington Reservoir.  Haoyang's selfless decision to rush out onto the thin ice and quick thinking to use a dog leash to rescue the boy shows his character and integrity.

In closing, I would like to again voice my support for Haoyang and the Yu family as they navigate through this incredibly challenging and traumatic matter.

Regards,

*Brian Losier*

Brian Losier

B08

Jeff Caravella                                                      March 24, 2023
██ ██████████
Lexington, MA 02421


Judge William G. Young
United States District Court
Boston, MA
_____

Dear Judge Young,

I'm writing this letter specifically in reference to Haoyang Yu and his current case.   As some background, I have known Haoyang for approximately 9 years as his two sons (A███ and D██) are the same ages as my kids and have gone to the same Lexington schools since kindergarten.  The Yu family also lives several houses down from my family in Lexington.

As some background about myself, I have lived in Lexington for the past 9 years and currently work as the Chief Financial Officer for a Biotechnology company.  I also have coached youth lacrosse in Lexington for the last 8 years. Both D███ and A███ participated in the Lexington lacrosse program when they were younger and this gave me an opportunity to interact with Haoyang who was always willing to come lend a hand to the coaches on the field.

Although I understand the seriousness of the charges against Haoyang, I felt compelled to write to you given my interactions with Haoyang over the years and ask you please take my and others into consideration.

First and foremost, I think an important aspect to Haoyang is as a dad.  Over the years, Haoyang has been a centerpiece to the lives of D███ and A███.  I have directly observed the love and support for them over the years. That includes supporting them in sports, other extracurricular activities and participating in school sponsored events. From my standpoint, it's so important to take D███ and A███ into consideration as they want their dad to be at their side as they go through some very formative years in middle and high school.  It brings tears to my eyes to think about any disruptions to their lives beyond what they have already faced already the last several years.

In all my interactions with Haoyang, whether it is walking through the neighborhood, attending a local event or when we stood on the fields together, he was always smiling, always personable and ready to lend a hand to help. And as others may attest to, he certainly put his character into action when he rescued a teenager who fell through the ice at a local reservoir.  I knew this teenager from his time on the lacrosse team and I was so grateful that Haoyang was there and selflessly went into action.

I'm sure there are many facts and circumstances around this case, but I wanted to convey my support for Haoyang and his family.  They are well regarded and recognized family in town and would ask for empathy in your decision. If I can be of further assistance, I would be happy to speak directly.


Best,

*Jeff Caravella*

Jeff Caravella

December 4, 2022

To whom it may concern,

My son has been playing hockey for over 6 years and will be at the bantam level next year. As the geek day, I seek the latest technology to help improve the kids' hockey style. One of the immense pain for my son is that he used to head down with the puck. Then one of the hockey parents recommended KRKIT to us: a small and light toolkit to remind kids heads up.

Here are our experiences to use:
1. The weight is so light and my son never feels he is wearing it.
2. The battery is able to support 3 or 4 times training plus 2 games.
3. The device is very reliable when the kid's head is down during practice and game.

After we used it for more than 3 months, the change is significant in his hockey sense.

Firstly, his positioning got a lot of improvements: carrying/passing the puck with more hockey sense when he knows where his teammate is. As the left wing, he is more often to catch the opportunity and score.

Secondly, he is getting more comfortable with body checks when he sees the opponent rush toward him. So he is able to get more time to respond to the body collision.

Also, the device helped the kids to concentrate on the practice and game. Most times, when kids have no puck or wait in the line, my son just loses concentration and starts to look up and down. And he will get the beep alarm and remind him to head up and pay attention to his duty.

Comparing the 100$+ private hockey lessons, it could be the most worthy investment in my son's hockey life. Hope the inventor invent more high tech hockey devices to help the whole hockey community better.

Sincerely,
Lei Zheng
███████████
Belmont, MA 02478

Sandra Zhang

Carlisle, MA 01741

Nov 29, 2022

Dear Judge Young,

My name is Sandra Zhang. I worked at TriQuint Semiconductor as a Technical Lead / Engineering Manager from 2002 – 2011 and have been working as a Product Marketing Director at MACOM Technology solutions in Lowell, MA. I am also an active member of the Chinese Bible Church of Greater Lowell and primarily serve as a Youth Counselor.

I have known Haoyang for 18 years; out of 7 years, he worked directly with me. Haoyang joined TriQuint as an entry-level design engineer in my group in Jan 2004. He was a fast learner, very enthusiastic, and innovative. Haoyang worked hard and well with all our team members. He grew from an individual contributor to a respected Project Lead in just a few years. By the time I left the company in 2011, he had successfully led key projects, got one patent issued and one more patent pending, and was nominated as the "Member Technical Staff" for "Outstanding Achievement and Technical Contribution." I still remember when Haoyang, another team member, and I were burning late-night oils to complete a Wi-Fi Front-end-module design and layout. He always tried to finish his portion earlier and help others at the end. As a result, we won the Tier 1 customer platform while competing with 13 other companies, and he received the "Extra Mile Award." Outside work, my family also had fun with Haoyang and his wife at company outings and family gatherings. My son, now a Junior at Boston College, still remembers the time he played basketball with "Uncle Haoyang." Haoyang used his arms as parallel bars to lift my son and swing him in circles.

I stayed connected with Haoyang and other former colleagues for lunch. We also saw his family on the ice rinks when we occasionally brought our children to play hockey. Then I learned from public information that the Federal government investigated Haoyang. While the jury acquitted him of eighteen other charges, Haoyang was found guilty of possessing a stolen trade secret.

As a Christian, I know we are all sinners and need God's mercy and forgiveness daily. Haoyang made a mistake. There is a consequence for his actions. But I ask that you have compassion and understanding for him and his family with two young kids.

In the future, I will continue supporting Haoyang and his family emotionally and with their daily needs. I look forward to the day he can start his new life and the opportunity to be his colleague again.


Thank you very much for your time and consideration.

# Sandra Zhang

B11

Dear Judge Young,                                                    December 5, 2022

My name is Ran Li and I am a Director of RF Engineering at Renesas Electronics. I graduated with a Ph.D degree from University of Florida in 2005, and have been working in the area of RF design since then. I am writing this letter to share my opinion of what kind of person Haoyang Yu is, based on my 17 years' of friendship with him.

I met Haoyang in 2005 when I got my first job after my graduation; while he just graduated from UMass Amherst and got his first job in the same industry with TriQuint Semiconductor, and lived in the same neighborhood. In the past 17 years, our families have been very close. We held holiday parties, went on vacation trips and had kids play-dates regularly. In my opinion, Haoyang is a good person, a responsible father and husband, with kind, supportive, dependable personalities. He cares about the people around him. With his educational background, he holds a high standard on everything. He loves the community he is in. He has served as a town soccer coach since 2014 and a town lacrosse assistant coach since 2016. Whenever he has time, he volunteers in schools. Professionally, he is one of top RF engineers in the industry. He has designed or managed some of the best selling and most innovative products for TriQuint Semiconductor, with top performances in the industry.

Probably one thing can tell what kind of person Haoyang is. He invented an ice-hockey kit called KRKIT to train players to play heads-up hockey to avoid collisions. When his son entered a certain age level last year, checking became part of the game. During a game, he took a hard hit from behind, and he ducked his head instinctively. He was hit so hard that it took him months to recover both physically and psychologically. So Haoyang was determined to find a solution to prevent this from happening again, for both his own son and many other kids who suffered similar injuries. After months of research, he found that you cannot teach an instinct, you can only train it to become a muscle memory. He started with this simple idea, and put lots of careful thought and engineering into it.

After the jury verdict this May, Haoyang was immediately let go from his job. But he did not give up life and hope. Instead, he devoted his entire energy and enthusiasm into this side project. He hand-made a prototype, finalized the innovative software, and tested it for months, as if it were a full time job. He even risked his middle-age body to test it himself with rollerbladers. Now the KRKIT has been tried out by many youth hockey players and got lots of positive feedback. My younger son also tried it in his hockey practice, and he started to develop a heads-up habit.

With what I know about him, I believe he will keep doing good to the community and helping people around him. I sincerely hope you can understand and give him an opportunity to keep contributing to the community. I am confident that he will learn from this case, and won't make the same mistake again. I support him 100% without any reservation. I am glad to provide any information about him if needed.

Sincerely,
Ran Li   | ██████████████ | ████████████

B12

This letter is addressed to Judge William G Young, United States District Court, Boston, MA

Dear Judge Young,

My name is Chris Hart and I currently live in Boston, MA. I have worked with Haoyang Yu at Radiation Monitoring Devices for 2 years starting in 2019 in which we both worked in the same instrumentation group as Electrical Engineers. Although, I am no longer at the company and have moved on now working for a robotics automation company, we worked closely with each other trying to get our products to work in order to make the customers and our boss happy. After spending his entire career designing microchips, Haoyang Yu initially entered the team as an entry level Electrical Engineer but quickly showed his talent and ability to pick things up quickly working his way to become a key part of the team.

I got to know Haoyang Yu throughout our time together at Radiation Monitoring Device and found him a joy to work with. He showed great persistence and determination. Sometimes, there would be a lot of pressure on us to deliver our products or prototypes on time and I am glad Haoyang Yu was a part of the team during those moments. He was always calm and cool under pressure and was able to think clearly which is what we needed at the time given the complexity of our designs was not easy to fix under pressure.

I remember having a project that I was mainly responsible for and the deadline was quickly approaching. I was having trouble getting a part of it to work. My boss was not happy and the customer kept on emailing us on the status. It was a stressful time and I felt a constant knot in my stomach that week from the stress. Haoyang Yu offered to help me and stayed late with me to get my part working. When I needed the help he was there and put aside his projects and work and selflessly helped me complete my project. I don't know if our boss ever found out about that. It felt really great to have someone like him around.

I have an idea but I don't really know what Haoyang Yu is being charged with and I cannot speak to any of that. All I can say is that, in my experience, Haoyang Yu is a good guy who would go out of his way to help others. He never got angry or irrational. He always handled things professionally and maturely and would definitely like to work with him again if the opportunity arises.

Sincerely,

Chris Hart

April 6, 2023

Dear Judge Young,

I am an applications engineer with Keysight Technologies and have worked as such for about 30 years. Applications engineers often work directly with our customers to learn what problems they need to solve.  Then we show them how to use our software to help solve them.

I worked briefly with Haoyang Yu (who was also an applications engineer for us) for about a year, primarily using e-mail (I am based in Santa Rosa, California), but I also visited customers in Massachusetts with him.  I and other company applications engineers were very impressed with his technical capabilities, his enthusiasm, and the way he worked with customers.  We were very shocked and disappointed to lose him as a member of our team.

He struck me as being a very capable engineer.  Whatever happens, I hope he will be able to return to the field as a productive engineer.

Best regards,

Andy Howard
Santa Rosa, CA 95403

B14

Dear Judge Young,

My name is Michael Cardullo.  I have been employed as a radio frequency integrated circuit designer for almost 35 years.  I am writing this letter to you on behalf of Haoyang Yu.  I have known Haoyang for almost 20 years.  We first met when he was hired at a company that I was employed with at the time, having just completed his master's degree at my alma mater, University of Massachusetts – Amherst.

I worked together with Haoyang and later worked for him when he became a section manager at our company.  Haoyang was a very hard worker, very dedicated to his work, but more importantly was always eager to work together with fellow team members if they were struggling with a design effort, or helping out a newly hired individual transition more seamlessly to the company work environment.  With his work ethic it didn't take Haoyang long to graduate from being a top level integrated circuit designer to becoming a section manager, with four or five people working under him.

Even though Haoyang was an extremely dedicated worker, he also understood the work / life balance dynamic and was very dedicated to spending time with his wife and children outside the office environment.  He and his family were very committed to giving back to the community, understanding how fortunate they were to live the life that they had and wanting to help those less fortunate than themselves.

In closing, I want to say that I think Haoyang is an admirable, hardworking individual, a co-worker who would always look to help out those around him and someone who really understood the concept of working together as a team, that the success of the company was really contingent upon everyone working together towards a common goal.

Best Regards,

Michael Cardullo

Charles Wang
CBCGL
████████████
Chelmsford, MA 01824

May 14th, 2023

Dear Judge Young,

My name is Charles Wang. I am an elder in the Chinese Bible Church of Greater Lowell and a Senior Principal Engineer at Raytheon Technologies.

I am writing to you regarding Haoyang, whom I have known for 19 years. We first crossed paths when he joined the same research lab at UMass Amherst, where I pursued my Ph.D. degree in Electrical Engineering. Although I had already graduated when he arrived, I became acquainted with Haoyang through my Ph.D. adviser, Dr. Bob Jackson, who spoke highly of him. Haoyang impressed us with his quick learning, enthusiasm, and strong teamwork skills when he interned at RF Micro Device, where I was employed at the time. While we didn't have many opportunities to work together afterward, I learned about his technical achievements through our encounters at various conferences in our field.

I got to know Haoyang and his family more after they moved into my church community around 2004. I have observed him to be a devoted husband, a loving father, and a wonderful friend. Last January, I was moved to hear from the Lexington News that he fearlessly jumped into a frozen reservoir to rescue an unknown child. Such acts of kindness and bravery are characteristic of Haoyang, whom I have known for many years.

When I first learned that Haoyang was indicted by the Federal government several years ago on charges of being a spy for China, I was shocked. However, I have never doubted his innocence regarding the spy-related allegations. I am relieved to hear that the jury acquitted him of 18 out of 19 charges, including the accusation of being a foreign agent. Nevertheless, it saddens me to know that Haoyang was found guilty of possessing a stolen trade secret. As a Christian, I recognize that we are all sinners living in a sinful world. Haoyang should be held accountable for his actions, but he and his family also deserve grace and mercy, especially considering they have two young children.

Irrespective of the sentence Haoyang receives, I am committed to providing him with emotional and spiritual support, as well as assisting his family with their daily needs. I eagerly await the day when Haoyang can embark on a new chapter in his life, free from the burdens of this dark period, and focus on caring for his family and being a loving neighbor.

Thank you for your time and consideration.

Sincerely,

*Charles Wang*

B16

Subject: Deep community roots of Haoyang Yu and his family

Judge William G. Young
United States District Court
Boston, MA

November 26, 2022

Dear Judge Young,

My name is Houze Xu and I am the president of Chinese Americans of Lexington (CALex).
CALex is a 501(c)(3) non-profit and non-partisan organization promoting community services
and civic engagement. Please see www.calexma.org for more information about the
organization. I am writing this letter on behalf of myself to share with you the deep community
roots of Haoyang Yu and his family.

The Chinese American community in Lexington is very active in community services and civic
engagement. Haoyang Yu, his wife Yanzhi (Angie) Chen, and their two sons (13-year-old A███
and 11-year-old D███) as an integral part of the community fabric have demonstrated their
dedication and leadership in a wide range of activities including education, sports, holiday
celebrations and town government. They have been continuing to volunteer and contribute to
the Lexington community even after Haoyang was indicted in 2019.

Since the family moved to Lexington in 2013, Haoyang has been coaching youth soccer and
lacrosse, while Angie has been actively involved in the Parent Teacher Organization at Bowman
School, the public elementary school that A███ and D███ attended.

In 2018, Haoyang stepped up to run for Town Meeting Member (TMM). Many community
members including me held signs for him on town election day despite the cold weather. While
he didn't win, the process fascinated the entire family and inspired the community.

In early 2019, multiple community members came out to run for TMM and Angie volunteered to
organize the campaign. A███ and D███ helped their parents putting address labels and
stamps on over 1000 campaign postcards and went door-to-door in freezing New England
February. As a result of their leadership and hard work, several candidates were successfully
elected in a very competitive election season. This campaign set a record for the Chinese
American community and the campaign team led by Angie received great recognition and
praise from the community.

Haoyang and Angie started a youth book club in July 2018 and have run weekly sessions since
then. They coordinated with parents, scheduled meetings, and helped the young club members
to take turns and lead group sharing and discussion. The club has made multiple donations to
CALex.

B17

The family also actively participated in town activities including the Patriots' Day Parade, Lexington's most important yearly event, to celebrate the spirit of America, the country they love and call home. Most recently, Angie and Derek helped the Lexington Historical Society with the fall cleanup at the historical Buckman Tavern.

Haoyang Yu and the entire family are active members of the community and we have treasured their many contributions over the years. I hope the impact can be minimized, thus the family can continue to volunteer and serve the community.

Your truly,

Houze Xu

B18

November 26, 2022

Dear Judge Young,

My name is Paul Duncan and I am a physician and professor at Tufts Medical Center in Boston and a resident of Lexington, Massachusetts.

I first met Haoyang Yu many years ago when we coached together on our son's Lexington club soccer team, he as the head coach and I as the assistant. Haoyang was fantastic with the kids, showing great patience and enthusiasm while also making our practices and games a lot of fun. As a result of my initial excellent experience coaching with Haoyang, I continued to coach youth soccer for many years.

My son, A█████, remained friends with Haoyang's son, A███, and Haoyang and I met at birthday parties, community events and back to school nights. Family is clearly important to Haoyang and that was evident in my many interactions with him over nearly a decade on the soccer field, playground and at birthday venues. While a wonderful family man, Haoyang, his wife Angie and their two sons are also an integral part of the fabric of the Lexington community. I believe Haoyang Yu is a good man with many excellent qualities and this should be taken into consideration when deciding his fate. Thank you.

Sincerely,

Paul R Duncan, MD
████████████
Lexington, MA 02421

B19

Respectfully submitted,

**HAOYANG YU**

By his attorneys,

_/s/ William W. Fick_
William W. Fick, Esq. (BBO #650562)
Daniel N. Marx, Esq. (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
DMARX@FICKMARX.COM

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 18, 2019.

_/s/ William W. Fick_