**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: United States of America v. Haoyang Yu

District Court Number: 19cr10195-WGY-1

Fee:  Paid?  Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____  No ____

Motions Pending   Yes ____ No  X     Sealed documents   Yes  X  No ____
*If yes, document #* _____         *If yes, document #* 11,152,227,237,286

*Ex parte* documents   Yes  X  No ____    Transcripts   Yes  X  No ____
*If yes, document #* 152,332,333,335      *If yes, document #* 174,238,239,240,241

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X   Other: ____

Appeal from:

#396 Judgment

Other information:

(Add. Transcripts: 242 -244,265 - 280,296,329,336,353,366,392,394)(Add. Sealed 312,313,332,333,335,344,358,375-378,382,385-389,397)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#396 and #399

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __399__ filed on July 13, 2023 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 14, 2023 .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**