UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAOYANG YU,<br><br>Defendant | CRIMINAL No. 1:19-cr-10195-WGY |

### DECLARATION OF WILLIAM WEINREB

I, William Weinreb, pursuant to 28 U.S.C. § 1746, state the following:

1. I am an attorney-at-law, duly admitted and in good standing as a member of the Massachusetts bar, and a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel").  I have personal knowledge of the matters below.

2. Quinn Emanuel serves as legal counsel to Analog Devices, Inc. ("ADI").  As referenced in the Government's Sentencing Memorandum in the above-noted matter (Docket No. 369), ADI is the victim in this case. I provide this Declaration in support of the request submitted by the Government for restitution to ADI under the Mandatory Victims Restitution Act, 18 U.S.C. § 3663A.

3. ADI has provided to the Government legal invoices totaling $609,915 that reflect expenses incurred by ADI during participation in the government's investigation and prosecution of the offense and attendance at proceedings related to the offense of which Mr. Yu was convicted.   The invoices are attached to this Declaration Exhibit 1.   They have been paid by ADI, with the exception of the June 2023 invoice, which was only recently billed, but will be paid by ADI.

7.      The legal invoices paid by ADI understate the losses ADI incurred in connection with the DOJ Investigation and the crime. For one thing, they do not account for lost sales resulting from Mr. Yu's crime. For another thing, they do not account for the significant time and resources that ADI personnel expended assisting the government's investigation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
William Weinreb
Dated: August 9, 2023