UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAOYANG YU,<br><br>Defendant. | CRIM. NO. 1:19-CR-10195-WGY |

**NOTICE OF APPEARANCE OF WILLIAM D. WEINREB
ON BEHALF OF NON-PARTY ANALOG DEVICES, INC.**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for non-party Analog Devices, Inc. in the above-captioned matter.

Respectfully submitted,

Date: October 11, 2023

/s/ *William D. Weinreb*
William D. Weinreb (BBO# 557826)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
billweinreb@quinnemanuel.com

*Attorney for Analog Devices, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed today through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by U.S. Mail to those indicated as non-registered participants on October 11, 2023.

                                         /s/ *William D. Weinreb*
                                           William D. Weinreb