```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
          v.                  )   CRIMINAL ACTION
                              )   NO. 19-10195-WGY
HAOYANG YU                    )
                              )
          Defendant,          )
_____)
```

YOUNG, D.J.                                      October 31, 2023

**ORDER**

The United States seeks restitution on behalf of Analog Digital Services, Inc. ("ADI"), the victim in the above-captioned case. The restitution request is based on the attorneys' fees ADI incurred as part of its cooperation and participation in the government's case. See U.S. Br. Re. Restitution, ECF No. 406. The Court requires more information to assess the grounds for such restitution costs; therefore, it requests that the government resubmit its request for restitution with a searchable, easy-to-parse spreadsheet of each cost incurred, defining the basis for each charge. It would be preferable if the government's request categorized each cost incurred according to the types of fees outlined in United States v. Chan, No. 16-CR-10268-IT, 2019 WL 3975579, at *1 (D. Mass. Aug. 22, 2019) (Talwani, J.), aff'd, 981 F.3d 39 (1st Cir. 2020).

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE