UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>         Plaintiff, )<br>          )<br>  v. )<br>          )<br>HAOYANG YU )<br>         Defendant. ) | CASE NO. 1:19-CR-10195-001-WGY |

## SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Haoyang Yu, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Carol E. Head
CAROL E. HEAD
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Date: January 17, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Haoyang Yu located in Lexington, MA.

/s/ Carol. E. Head
CAROL E. HEAD
Assistant United States Attorney