UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>         )<br>  v. )<br>         )<br>HAOYANG YU )<br>        Defendant. ) | CASE NO.  1:19-CR-10195-001-WGY |

**SATISFACTION OF FINE**
**(CORRECTED)**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment and fine as to the defendant in the above-captioned matter, Haoyang Yu, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case or any pending restitution motions/requests.

                Respectfully submitted,

                UNITED STATES OF AMERICA
                By its attorneys

                JOSHUA S. LEVY
                Acting United States Attorney

By:   /s/ Carol E. Head
        CAROL E. HEAD
        Assistant United States Attorney
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
        carol.head@usdoj.gov

Date: January 18, 2024

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 18, 2024, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Haoyang Yu located in Lexington, MA.

                /s/ Carol. E. Head
                CAROL E. HEAD
                Assistant United States Attorney