UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Haoyang Yu

District Court Number: 19cr10195-WGY-1

Fee: Paid? Yes _X_  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending  Yes _X_ No ____   Sealed documents  Yes _X_ No ____
*If yes, document #*  420                      *If yes, document #*  (see attached addendum)

*Ex parte* documents  Yes _X_ No ____   Transcripts  Yes _X_ No ____
*If yes, document #*  (see attached addendum)   *If yes, document #*  (see attached addendum)

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:
#429 Judgment
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#428, #429, and #430

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __430__ filed on March 26, 2024.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 26, 2024.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

**SEALED DOCUMENTS:**

11,152,227,237,286,312,313,332,333,335,344,358,375,376,377,378,382,385,386, 387,388,389,397,406,418,420.

**EX PARTE DOCUMENTS:**

152,332,333,335.

**TRANSCRIPTS:**

174,238,239,240,241,242,243,244,265-280,296,329,336,353, 366,392,394,402,403,404,409,410,413.