

# Memorandum

To: The Honorable William G. Young, Senior U.S. District Judge

From: Kylie Fucci, Probation Officer Assistant

Date: June 6, 2024

Re: Yu, Haoyang
Docket # 1:19CR10195-WGY-1
**Request for International Travel**

---

On June 1, 2023, Mr. Yu appeared before Your Honor having been found guilty of Possession and Attempted Possession of Stolen Trade Secrets, in violation of 18 U.S.C. § 1832(a)(3). He was sentenced to 6 months of imprisonment, followed by 36 months of supervised release. Mr. Yu commenced his term of probation on November 15, 2023.

The purpose of this memorandum is to advise the Court of Mr. Yu's request to travel to The People's Republic of China from July 30, 2024 to August 12, 2024, to visit his elderly parents who are in declining health. Subsequent to receiving the defendant's request, on May 17, 2024, this Officer contacted The People's Republic of China Consulate on his behalf to seek permission for his visit in accordance with our district's travel policy. Our office has yet to hear back from The People's Republic of China Consulate.

Mr. Yu has remained in compliance during his term of supervision and is presently on a low intensity caseload. Our office is in support of the above-requested travel and asks that Your Honor consider granting permission for his travel. If Your Honor approves, indicate by signing below:

Reviewed and Approved by:

/s/Amanda J. Pawlowski
Amanda J. Pawlowski
Supervisory U.S. Probation Officer

The Court Orders:

I Concur ✓  *IF China consents to the Travel and U.S. atty agrees*

I do NOT concur____

_William G. Young_
The Honorable William G. Young,
Senior U.S. District Judge
Date: June 7, 2024

1